CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Yang Gao; and Bo Liu,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Chad Wolf, Acting DHS Secretary; Jeffrey Rosen, Acting US AG,<br><br>　　　　　Defendant. | Case No. 2:21-cv-00055-KJD-NJK<br><br>**Stipulation and Order For Stay Of Proceedings Pending Agency Decision** |

Plaintiffs Yang Gao and Bo Lui, acting *pro se*, and Defendants, through undersigned counsel, stipulate and agree as follows:

1. In this action, Plaintiffs allege statutory and constitutional violations arising from the United States Citizenship and Immigration Services ("USCIS") not having adjudicated Plaintiffs' I-485s, Applications to Register Permanent Residence or Adjust Status or Mr. Gao's I-730, Refugee/Asylee Relative Petition on behalf of his son (ECF No. 1-1 at 4).

2. On March 15, 2021, USCIS issued notices of interview scheduling the I-485 application interviews for April 7, 2021.

3. These interviews will further develop the Administrative Record pertaining to the applications with materials and information relevant thereto, and USCIS's consideration of Plaintiffs' applications for adjustment of status to lawful permanent resident (forms I-485) and refugee/asylee relative petition (form I-730).

1       4. USCIS expects to issue a decision to grant Plaintiffs' applications for adjustment

2  of status or, alternatively, issue a Notice of Intent to Deny ("NOID") within 60 days

3  following the interviews and will use its best efforts to do so. In the event a NOID is issued,

4  Plaintiffs will be provided an opportunity to respond to the NOID with additional

5  information and/or materials and USCIS will use its best efforts to thereafter issue its final

6  decision within 60 days of USCIS's receipt of Plaintiffs' responses.

7       5. Based on the foregoing, the parties jointly request that this civil action be stayed

8  until August 6, 2021 in order to provide time for USCIS to conduct the interviews and

9  consider Plaintiffs' eligibility for adjustment of status to lawful permanent residents. The

10  parties propose to file a status report no later than July 30, 2021.

11       Respectfully submitted this 26th day of March 2021.

12

13  *Yang Gao*

    YANG GAO

14  For *pro se* Plaintiffs

15

CHRISTOPHER CHIOU
Acting United States Attorney

 /s/ *Skyler H. Pearson*
SKYLER H. PEARSON
Assistant United States Attorney

16

17       Based on the foregoing stipulation and good cause appearing therefore, **IT IS HEREBY**

18  **ORDERED** that this action is STAYED until August 6, 2021. The parties shall file a joint status

19  report no later than July 30, 2021.

20

21

22                 Date:   March 30        , 2021

23

24                 UNITED STATES DISTRICT JUDGE

25

26

27

28